IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIE ANDRE PATE, SR.,
    Plaintiff,

vs.                                                     Case No.: 3:19cv552/LAC/EMT

WALMART, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated April 10, 2019, Plaintiff was given thirty (30) days in which to either pay the filing fee or submit a completed motion to proceed in forma pauperis ("IFP"), and, file an amended complaint (ECF No. 3). Plaintiff failed to file an amended complaint, submit a complete IFP motion, or pay the filing fee by the deadline; therefore, on May 16, 2019, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 4). The show cause order was returned by the Escambia County Jail stating that Plaintiff had been released, and thereafter, on June 3, 2019, the order was resent to his release address (ECF No. 5). As of the date of this Report and Recommendation, Plaintiff has failed to file an

amended complaint, submit an IFP motion or pay the filing fee, keep the court apprised of his current address, or show cause for his failure to do so; and the deadline for compliance with the court's order has passed.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 10th day of July 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 3:19cv552/LAC/EMT